IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMIE ROSATO, ) | Case No.1:11CV1977 |
| ) | |
|    Plaintiff, ) | |
| ) | |
|  -vs- ) | O R D E R |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | JUDGE CHRISTOPHER A. BOYKO |
|    Defendant. ) | |
| ) | |

On May 3, 2011, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge William H. Baughman, Jr. pursuant to Local Rule 72.2. August 7, 2012, the Magistrate Judge recommended that the decision of the Commissioner denying Rosato disability insurance benefits be affirmed. (Dkt. #27).

F ED. R. C IV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Baughman 's Report and Recommendation

is **ADOPTED** and final judgment is entered in defendant's favor.

IT IS SO ORDERED.

Dated:8/27/2012

S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE
